IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02722-RM-NYW

JOSE A. CARRILLO, an individual, and
BEATRISE E. CARRILLO, an individual,

       Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE GROUP a/k/a
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation,

       Defendant.

_____

## MINUTE ORDER
_____

Entered By Magistrate Judge Nina Y. Wang

       This matter is before the court on the Motion to Withdraw as Counsel for Defendant (the "Motion"). [#21, filed August 27, 2015].

       IT IS ORDERED that the Motion is GRANTED. Christian S. Monson is granted leave to withdraw from the representation of Defendant and is to be removed from the electronic service.

DATED: August 27, 2015