**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 14-cv-02722-RM-NYW

JOSE A. CARRILLO and
BEATRISE E.CARRILLO,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE GROUP,
a/k/a American Family Mutual Insurance Group,

    Defendant.

---

### ORDER REGARDING STIPULATION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulation for Dismissal With Prejudice (ECF No. 34). The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

IT IS FURTHER ORDERED that the trial preparation conference scheduled for **February 19, 2016**, and the **five-day** jury trial scheduled for **March 14, 2016** are VACATED.

DATED this 3rd day of December, 2015.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge